**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ERIC C. ZURCHER
PATRICIA S. ZURCHER
      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
      vs.
No Respondents.

Case No.:18-11243 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 26, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 11/30/2018  and confirmed on 2/1/19 .  The case was subsequently      Completed
After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 87,421.31 |
| Less Refunds to Debtor | 807.76 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,613.55 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,726.00 | |
| Trustee Fee | 3,957.47 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,683.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 45,489.38 | 0.00 | 45,489.38 |
| Acct: 5951 | | | | |
| SANTANDER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3785 | | | | |
| ALLY BANK(*) | 26,266.52 | 26,266.52 | 5,174.18 | 31,440.70 |
| Acct: 3595 | | | | |
| | | | | 76,930.08 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERIC C. ZURCHER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERIC C. ZURCHER | 807.76 | 807.76 | 0.00 | 0.00 |
| Acct: | | | | |
| MOYNIHAN LAW PC | 3,750.00 | 3,750.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK G MOYNIHAN ESQ | 1,976.00 | 1,976.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8-23 | | | | |
| ***N O N E*** | | | | |
| **Unsecured** | | | | |
| CHASE BANK USA NA(*) | 5,704.63 | 0.00 | 0.00 | 0.00 |
| Acct: 9974 | | | | |
| CHASE BANK USA NA(*) | 5,303.60 | 0.00 | 0.00 | 0.00 |
| Acct: 4576 | | | | |
| COMMERCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 70HB | | | | |
| DISCOVER BANK(*) | 1,229.14 | 0.00 | 0.00 | 0.00 |
| Acct: 7072 | | | | |
| MIDLAND FUNDING LLC | 1,511.68 | 0.00 | 0.00 | 0.00 |
| Acct: 9232 | | | | |
| MIDLAND FUNDING LLC | 2,031.22 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 3778 | | | | |
| US DEPARTMENT OF EDUCATION/MOHEL | 4,562.03 | 0.00 | 0.00 | 0.00 |
| Acct: 1923 | | | | |
| MOHELA O/B/O DEPARTMENT OF EDUCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| MOHELA O/B/O DEPARTMENT OF EDUCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| MOHELA O/B/O DEPARTMENT OF EDUCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| NATIONAL CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7521 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0118 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8707 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8978 | | | | |
| ROTECH HEALTHCARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9470 | | | | |
| SANTANDER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6308 | | | | |
| STATE FARM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1513 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2028 | | | | |
| TRI STATE NEUROLOGICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0340 | | | | |
| ALLY BANK(*) | 2,160.70 | 0.00 | 0.00 | 0.00 |
| Acct: 3595 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2028 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                 76,930.08

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 26,266.52 |
| UNSECURED | 22,503.00 |

Date: 06/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ERIC C. ZURCHER
    PATRICIA S. ZURCHER
         Debtor(s)

    Ronda J. Winnecour
         Movant
        vs.
    No Repondents.

Case No.:18-11243 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Eric C. Zurcher
Patricia S. Zurcher
   Debtors

Case No. 18-11243-JAD
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric C. Zurcher, Patricia S. Zurcher, 77 McKinley Ave, Warren, PA 16365-3464 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capeha, 33 S. Seventh Street, Allentown, PA 18101-2436 |
| 15034557 | + | Andrea Stapleford, Esq., Stapleford & Byham LLC, 600 Market St, Warren, PA 16365-1326 |
| 14958897 | + | Commercial Acceptance, 2 W. Main St, Shermanstown, PA 17011-6326 |
| 14958899 | + | Discover, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14958902 | + | Hayt, Hayt & Landau, LLC, Meridian Center 1, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15034558 | + | Kylander Development, LLC, 1370 Jackson Ave, Warren, PA 16365-4366 |
| 14958911 | + | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14958916 | | Rotech Healthcare, Orlando-Dept #59, P.O. Box 850001, Orlando, FL 32885-0001 |
| 14958919 | | State Farm, P.O. Box 44110, Jacksonville, FL 32231-4110 |
| 14958922 | | Tri State Neurological Surgeon, 120 East 2nd St Ste 401, Erie, PA 16507-1577 |
| 14958923 | + | US Dept Ed, ECMC/Bankruptcy, PO Box 16408, St Paul, MN 55116-0408 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.ebn@aisinfo.com | Jun 28 2023 01:45:33 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14962932 | | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2023 00:51:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14958894 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2023 00:51:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14989821 | + | Email/Text: RASEBN@raslg.com | Jun 28 2023 00:52:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14958898 | + | Email/Text: dylan.succa@commercialacceptance.net | Jun 28 2023 00:52:00 | Commercial Acceptance Company, 2300 Gettysburg Rd, Suite 102, Camp Hill, PA 17011-7303 |
| 14958900 | | Email/Text: mrdiscen@discover.com | Jun 28 2023 00:51:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 14961646 | | Email/Text: mrdiscen@discover.com | Jun 28 2023 00:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14958901 | + | Email/Text: mrdiscen@discover.com | Jun 28 2023 00:51:00 | Discover Financial, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14958903 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2023 00:52:00 | Internal Revenue Service, Centralized Insolvency, |

District/off: 0315-1                          User: auto                                    Page 2 of 4
Date Rcvd: Jun 27, 2023                       Form ID: pdf900                               Total Noticed: 45

| | | | |
|---|---|---|---|
| | | | Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14958896 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Jun 28 2023 01:19:19 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 14958907 | | Email/Text: EBN@Mohela.com | |
| | | Jun 28 2023 00:52:00 | MOHELA/Debt of Ed, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14959638 | | Email/Text: EBN@Mohela.com | |
| | | Jun 28 2023 00:52:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14958904 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 28 2023 00:53:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14958905 | | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 28 2023 00:53:00 | Midland Credit Management, Inc., P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 14979646 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 28 2023 00:53:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14958906 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 28 2023 00:53:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14958908 | ^ | MEBN | |
| | | Jun 28 2023 00:53:03 | National Credit Management, Attn: Bankruptcy, PO Box 32900, Saint Louis, MO 63132-8900 |
| 14958910 | | Email/Text: bankruptcies@penncredit.com | |
| | | Jun 28 2023 00:52:00 | Penn Credit Corporation, Attn: Bankruptcy, PO Box 988, Harrisburg, PA 17108 |
| 14989333 | + | Email/PDF: ebnotices@pnmac.com | |
| | | Jun 28 2023 01:07:19 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 14959229 | + | Email/PDF: rmscedi@recoverycorp.com | |
| | | Jun 28 2023 01:06:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14958909 | + | Email/Text: paparalegals@pandf.us | |
| | | Jun 28 2023 00:53:00 | Patenaude & Felix, 501 Corporate Dr Ste 205, Southpointe Center, Canonsburg, PA 15317-8584 |
| 14958912 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Jun 28 2023 00:53:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14958913 | | Email/PDF: ebnotices@pnmac.com | |
| | | Jun 28 2023 01:07:13 | Pennymac Loan Services, LLC, Attention: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14958914 | ^ | MEBN | |
| | | Jun 28 2023 00:53:05 | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 14958915 | ^ | MEBN | |
| | | Jun 28 2023 00:52:50 | Quality Asset Recovery, LLC, P.O. Box 239, Gibbsboro, NJ 08026-0239 |
| 14958917 | + | Email/Text: DeftBkr@santander.us | |
| | | Jun 28 2023 00:52:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14958918 | + | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Jun 28 2023 00:53:00 | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14958920 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Jun 28 2023 01:19:12 | Synchrony Bank, 4125 Windward Plaza Dr., Alpharetta, GA 30005-8738 |
| 14958921 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Jun 28 2023 01:19:23 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14958924 | | Email/Text: edbknotices@ecmc.org | |
| | | Jun 28 2023 00:52:00 | US Dept of Ed/Gsl/Atl, PO Box 4222, Iowa City, IA 52244 |
| 14958925 | + | Email/Text: EDBKNotices@ecmc.org | |
| | | Jun 28 2023 00:51:00 | US Dept of Education, Attn: Bankruptcy, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14958926 | | Email/Text: electronicbkydocs@nelnet.net | |
| | | Jun 28 2023 00:53:00 | US Dept. of Education/Glelsi, PO Box 7860, Madison, WI 53707-7860 |

District/off: 0315-1 | User: auto | Page 3 of 4
Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 45

| 14958927 | + Email/Text: electronicbkydocs@nelnet.com | | |

| | Jun 28 2023 00:53:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14989822 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14981013 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14958895 | ##+ | Bryan J. Polas, Esq., Patenaude & Felix, A.P.C., 501 Corporate Dr Ste 205, Southpointe Center, Canonsburg, PA 15317-8584 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Andrew L. Spivack | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Andrew M. Lubin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Kellie Rahl-Heffner | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com |
| Marisa Myers Cohen | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Mark G. Claypool | on behalf of Defendant Ally Bank mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Mark G. Moynihan | on behalf of Debtor Eric C. Zurcher mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Patricia S. Zurcher mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |

Mark G. Moynihan
                    on behalf of Plaintiff Patricia S. Zurcher mark@moynihanlaw.net
                    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
                    on behalf of Plaintiff Eric C. Zurcher mark@moynihanlaw.net
                    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
                    on behalf of Joint Debtor Patricia S. Zurcher shawn@shawnwrightlaw.com
                    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
                    on behalf of Debtor Eric C. Zurcher shawn@shawnwrightlaw.com
                    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com


TOTAL: 16