| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Eric C. Zurcher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1923<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Patricia S. Zurcher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5251<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–11243–JAD | | |

## Order of Discharge                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eric C. Zurcher  
aka Eric Charles Zurcher

Patricia S. Zurcher  
aka Patricia Sue Zurcher, aka Patricia Sue Lowe

8/22/23

**By the court:** Jeffery A. Deller  
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-11243-JAD
Eric C. Zurcher  Chapter 13
Patricia S. Zurcher
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 4
Date Rcvd: Aug 22, 2023  Form ID: 3180W  Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric C. Zurcher, Patricia S. Zurcher, 77 McKinley Ave, Warren, PA 16365-3464 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capeha, 33 S. Seventh Street, Allentown, PA 18101-2436 |
| 15034557 | + | Andrea Stapleford, Esq., Stapleford & Byham LLC, 600 Market St, Warren, PA 16365-1326 |
| 14958897 | + | Commercial Acceptance, 2 W. Main St, Shermanstown, PA 17011-6326 |
| 14958899 | + | Discover, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14958902 | + | Hayt, Hayt & Landau, LLC, Meridian Center 1, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15034558 | + | Kylander Development, LLC, 1370 Jackson Ave, Warren, PA 16365-4366 |
| 14958911 | + | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14958916 | | Rotech Healthcare, Orlando-Dept #59, P.O. Box 850001, Orlando, FL 32885-0001 |
| 14958919 | | State Farm, P.O. Box 44110, Jacksonville, FL 32231-4110 |
| 14958922 | | Tri State Neurological Surgeon, 120 East 2nd St Ste 401, Erie, PA 16507-1577 |
| 14958923 | + | US Dept Ed, ECMC/Bankruptcy, PO Box 16408, St Paul, MN 55116-0408 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 23 2023 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2023 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 23 2023 03:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2023 23:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Aug 23 2023 03:30:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14962932 | | EDI: GMACFS.COM | Aug 23 2023 03:30:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14958894 | + | EDI: GMACFS.COM | Aug 23 2023 03:30:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14989821 | + | Email/Text: RASEBN@raslg.com | | |

Case 18-11243-JAD   Doc 87   Filed 08/24/23   Entered 08/25/23 00:26:58   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: 3180W | Total Noticed: 47 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Aug 22 2023 23:41:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14958898 | + | Email/Text: dylan.succa@commercialacceptance.net | Aug 22 2023 23:41:00 | Commercial Acceptance Company, 2300 Gettysburg Rd, Suite 102, Camp Hill, PA 17011-7303 |
| 14958900 | | EDI: DISCOVER.COM | Aug 23 2023 03:30:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 14961646 | | EDI: DISCOVER.COM | Aug 23 2023 03:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14958901 | + | EDI: DISCOVER.COM | Aug 23 2023 03:30:00 | Discover Financial, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14958903 | + | EDI: IRS.COM | Aug 23 2023 03:30:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14958896 | | EDI: JPMORGANCHASE | Aug 23 2023 03:30:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 14958907 | | Email/Text: EBN@Mohela.com | Aug 22 2023 23:41:00 | MOHELA/Debt of Ed, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14959638 | | Email/Text: EBN@Mohela.com | Aug 22 2023 23:41:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14958904 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14958905 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Credit Management, Inc., P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 14979646 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14958906 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14958908 | ^ | MEBN | Aug 23 2023 09:51:46 | National Credit Management, Attn: Bankruptcy, PO Box 32900, Saint Louis, MO 63132-8900 |
| 14958910 | | Email/Text: bankruptcies@penncredit.com | Aug 22 2023 23:41:00 | Penn Credit Corporation, Attn: Bankruptcy, PO Box 988, Harrisburg, PA 17108 |
| 14989333 | + | Email/PDF: ebnotices@pnmac.com | Aug 22 2023 23:49:13 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 14959229 | + | EDI: RECOVERYCORP.COM | Aug 23 2023 03:30:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14958909 | + | Email/Text: paparalegals@pandf.us | Aug 22 2023 23:42:00 | Patenaude & Felix, 501 Corporate Dr Ste 205, Southpointe Center, Canonsburg, PA 15317-8584 |
| 14958912 | + | EDI: PENNDEPTREV | Aug 23 2023 03:30:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14958912 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2023 23:42:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14958913 | | Email/PDF: ebnotices@pnmac.com | Aug 23 2023 00:00:38 | Pennymac Loan Services, LLC, Attention: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14958914 | ^ | MEBN | Aug 23 2023 09:51:49 | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 14958915 | ^ | MEBN | Aug 23 2023 09:51:11 | Quality Asset Recovery, LLC, P.O. Box 239, |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | Gibbsboro, NJ 08026-0239 |
| 14958917 | + | Email/Text: DeftBkr@santander.us | Aug 22 2023 23:42:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14958918 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2023 23:42:00 | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14958920 | + | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Synchrony Bank, 4125 Windward Plaza Dr., Alpharetta, GA 30005-8738 |
| 14958921 | + | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14958924 | | Email/Text: edbknotices@ecmc.org | Aug 22 2023 23:41:00 | US Dept of Ed/Gsl/Atl, PO Box 4222, Iowa City, IA 52244 |
| 14958925 | + | Email/Text: EDBKNotices@ecmc.org | Aug 22 2023 23:41:00 | US Dept of Education, Attn: Bankruptcy, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14958926 | | Email/Text: electronicbkydocs@nelnet.net | Aug 22 2023 23:42:00 | US Dept. of Education/Glelsi, PO Box 7860, Madison, WI 53707-7860 |
| 14958927 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 22 2023 23:42:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14989822 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14981013 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14958895 | ##+ | Bryan J. Polas, Esq., Patenaude & Felix, A.P.C., 501 Corporate Dr Ste 205, Southpointe Center, Canonsburg, PA 15317-8584 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Andrew M. Lubin | |

Case 18-11243-JAD    Doc 87    Filed 08/24/23    Entered 08/25/23 00:26:58    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: 3180W | Total Noticed: 47 |

Brian Nicholas
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com

Jill Manuel-Coughlin
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com

Kellie Rahl-Heffner
    on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com

Marisa Myers Cohen
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Mark G. Claypool
    on behalf of Defendant Ally Bank mclaypool@kmgslaw.com
    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Mark G. Moynihan
    on behalf of Debtor Eric C. Zurcher mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Joint Debtor Patricia S. Zurcher mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Plaintiff Patricia S. Zurcher mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Plaintiff Eric C. Zurcher mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Joint Debtor Patricia S. Zurcher shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Debtor Eric C. Zurcher shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC pawb@fedphe.com

TOTAL: 16