IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ERIC C. ZURCHER
PATRICIA S. ZURCHER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-11243 JAD

Chapter 13

Related to ECF No. 81

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 22nd day of August, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/22/23 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
JEFFERY A. DELLER  jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                           Case No. 18-11243-JAD
Eric C. Zurcher                                                                                  Chapter 13
Patricia S. Zurcher
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4
Date Rcvd: Aug 22, 2023      Form ID: pdf900      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol     Definition**

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric C. Zurcher, Patricia S. Zurcher, 77 McKinley Ave, Warren, PA 16365-3464 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capeha, 33 S. Seventh Street, Allentown, PA 18101-2436 |
| 15034557 | + | Andrea Stapleford, Esq., Stapleford & Byham LLC, 600 Market St, Warren, PA 16365-1326 |
| 14958897 | + | Commercial Acceptance, 2 W. Main St, Shermanstown, PA 17011-6326 |
| 14958899 | + | Discover, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14958902 | + | Hayt, Hayt & Landau, LLC, Meridian Center 1, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15034558 | + | Kylander Development, LLC, 1370 Jackson Ave, Warren, PA 16365-4366 |
| 14958911 | + | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14958916 | | Rotech Healthcare, Orlando-Dept #59, P.O. Box 850001, Orlando, FL 32885-0001 |
| 14958919 | | State Farm, P.O. Box 44110, Jacksonville, FL 32231-4110 |
| 14958922 | | Tri State Neurological Surgeon, 120 East 2nd St Ste 401, Erie, PA 16507-1577 |
| 14958923 | + | US Dept Ed, ECMC/Bankruptcy, PO Box 16408, St Paul, MN 55116-0408 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2023 00:00:40 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14962932 | | Email/Text: ally@ebn.phinsolutions.com | Aug 22 2023 23:41:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14958894 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 22 2023 23:41:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14989821 | + | Email/Text: RASEBN@raslg.com | Aug 22 2023 23:41:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14958898 | + | Email/Text: dylan.succa@commercialacceptance.net | Aug 22 2023 23:41:00 | Commercial Acceptance Company, 2300 Gettysburg Rd, Suite 102, Camp Hill, PA 17011-7303 |
| 14958900 | | Email/Text: mrdiscen@discover.com | Aug 22 2023 23:41:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 14961646 | | Email/Text: mrdiscen@discover.com | Aug 22 2023 23:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14958901 | + | Email/Text: mrdiscen@discover.com | Aug 22 2023 23:41:00 | Discover Financial, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14958903 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2023 23:41:00 | Internal Revenue Service, Centralized Insolvency, |

Case 18-11243-JAD    Doc 88    Filed 08/24/23    Entered 08/25/23 00:26:58    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14958896 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 23 2023 00:00:31 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 14958907 | | Email/Text: EBN@Mohela.com | Aug 22 2023 23:41:00 | MOHELA/Debt of Ed, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14959638 | | Email/Text: EBN@Mohela.com | Aug 22 2023 23:41:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14958904 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14958905 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Credit Management, Inc., P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 14979646 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14958906 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14958908 | ^ | MEBN | Aug 23 2023 09:51:46 | National Credit Management, Attn: Bankruptcy, PO Box 32900, Saint Louis, MO 63132-8900 |
| 14958910 | | Email/Text: bankruptcies@penncredit.com | Aug 22 2023 23:41:00 | Penn Credit Corporation, Attn: Bankruptcy, PO Box 988, Harrisburg, PA 17108 |
| 14989333 | + | Email/PDF: ebnotices@pnmac.com | Aug 22 2023 23:49:02 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 14959229 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 22 2023 23:49:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14958909 | + | Email/Text: paparalegals@pandf.us | Aug 22 2023 23:42:00 | Patenaude & Felix, 501 Corporate Dr Ste 205, Southpointe Center, Canonsburg, PA 15317-8584 |
| 14958912 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2023 23:42:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14958913 | | Email/PDF: ebnotices@pnmac.com | Aug 22 2023 23:50:09 | Pennymac Loan Services, LLC, Attention: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14958914 | ^ | MEBN | Aug 23 2023 09:51:50 | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 14958915 | ^ | MEBN | Aug 23 2023 09:51:12 | Quality Asset Recovery, LLC, P.O. Box 239, Gibbsboro, NJ 08026-0239 |
| 14958917 | + | Email/Text: DeftBkr@santander.us | Aug 22 2023 23:42:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14958918 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2023 23:42:00 | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14958920 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2023 00:00:27 | Synchrony Bank, 4125 Windward Plaza Dr., Alpharetta, GA 30005-8738 |
| 14958921 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2023 23:49:55 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14958924 | | Email/Text: edbknotices@ecmc.org | Aug 22 2023 23:41:00 | US Dept of Ed/Gsl/Atl, PO Box 4222, Iowa City, IA 52244 |
| 14958925 | + | Email/Text: EDBKNotices@ecmc.org | Aug 22 2023 23:41:00 | US Dept of Education, Attn: Bankruptcy, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14958926 | | Email/Text: electronicbkydocs@nelnet.net | Aug 22 2023 23:42:00 | US Dept. of Education/Glelsi, PO Box 7860, Madison, WI 53707-7860 |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 4 |
| Date Rcvd: Aug 22, 2023 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 14958927 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 22 2023 23:42:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14989822 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14981013 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14958895 | ##+ | Bryan J. Polas, Esq., Patenaude & Felix, A.P.C., 501 Corporate Dr Ste 205, Southpointe Center, Canonsburg, PA 15317-8584 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Andrew M. Lubin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Kellie Rahl-Heffner | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com |
| Marisa Myers Cohen | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Mark G. Claypool | on behalf of Defendant Ally Bank mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Mark G. Moynihan | on behalf of Debtor Eric C. Zurcher mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Patricia S. Zurcher mark@moynihanlaw.net |

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: pdf900 | Total Noticed: 45 |

moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan

on behalf of Plaintiff Patricia S. Zurcher mark@moynihanlaw.net
moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan

on behalf of Plaintiff Eric C. Zurcher mark@moynihanlaw.net
moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Shawn N. Wright

on behalf of Joint Debtor Patricia S. Zurcher shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright

on behalf of Debtor Eric C. Zurcher shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

TOTAL: 16